DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VAN JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3473

[March 6, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 96-12227CF10A.

Van Jackson, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Hart v. State*, 246 So. 3d 417 (Fla. 4th DCA 2018) (en banc); *Seays v. State*, 253 So. 3d 21 (Fla. 4th DCA 2018).  We again certify conflict with *Cuevas v. State*, 241 So. 3d 947 (Fla. 2d DCA 2018); *Blount v. State*, 238 So. 3d 913 (Fla. 2d DCA 2018); *Mosier v. State*, 235 So. 3d 957 (Fla. 2d DCA 2017); *Alfaro v. State*, 233 So. 3d 515, 516 (Fla. 2d DCA 2017); and *Burrows v. State*, 219 So. 3d 910, 911 (Fla. 5th DCA 2017).

WARNER, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***